**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| FADDUOL, CLUFF & HARDY, P.C. and SAM L. FADDUOL, Individually, §§§§ Plaintiffs | |
| V. § | CIVIL ACTION NO. |
| GANESHA M. MARTIN, §§§ Defendant | 5:11-CV-00196-C |

## PLAINTIFFS' NOTICE OF DISMISSAL

TO THE HONORABLE SAM R. CUMMINGS, UNITED STATES DISTRICT JUDGE PRESIDING:

Plaintiffs FADDUOL, CLUFF & HARDY, P.C. and SAM L. FADDUOL, Individually, file this "Notice of Dismissal" pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), and would respectfully show the Court as follows:

1. Plaintiffs are FADDUOL, CLUFF & HARDY, P.C. and SAM L. FADDUOL, Individually ("FADDUOL"). Defendant is GANESHA M. MARTIN ("MARTIN").

2. On October 19, 2011, FADDUOL filed the above styled and numbered lawsuit against MARTIN.

3. MARTIN was served with process but has not filed an answer or motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i).

5. FADDUOL desires to dismiss all of their claims against MARTIN. FED. R. CIV. P. 41(a)(1)(A)(i).

6. MARTIN is unopposed to the dismissal.

7. This lawsuit is not a class action or a receivership. FED. R. CIV. P. 23(e); 66.

8. FADDUOL and MARTIN have agreed to bear their own attorney fees and costs expended in the lawsuit.

WHEREFORE, FADDUOL dismisses their claims asserted against MARTIN in the lawsuit with each party responsible for all legal and litigation expenses incurred by them in the lawsuit.

Respectfully submitted,

By: /s/ Fernando M. Bustos
    Fernando M. Bustos
    State Bar No. 24001819
    Email: fbustos@bustoslawfirm.com
    Dustin N. Slade
    State Bar No. 24073714
    Email: dslade@bustoslawfirm.com
LAW OFFICES OF FERNANDO M. BUSTOS, P.C.
P.O. Box 1980
Lubbock, Texas 79408-1980
(806) 780-3976
(806) 780-3800 FAX
ATTORNEYS FOR PLAINTIFFS